No. 99–5986. PAYAN *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5988. WEED *v.* UNITED STATES; and
No. 99–6013. CLANCY *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. Reported below: 175 F. 3d 1021.

No. 99–5991. TURCIO-SALMERON *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–5992. TAFOLLA-CARRILLO *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–5993. WARD *v.* ILLINOIS. App. Ct. Ill., 4th Dist. Certiorari denied.

No. 99–5994. THOMPSON *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 99–5995. YURTIS *v.* PHIPPS. Ct. App. Wash. Certiorari denied.

No. 99–5998. COLYAR *v.* GILMAN, CONGRESSMAN. C. A. 2d Cir. Certiorari denied.

No. 99–5999. CHAPPELL *v.* UNITED STATES; and
No. 99–6044. CAVER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. Reported below: 182 F. 3d 928.

No. 99–6002. COOK *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 99–6005. QUINONES *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 99–6009. DAVIES *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 99–6012. KAMOGA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 99–6014. HURTADO MORENO *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 99–6015. JORDAN *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.